UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 0:17-cv-60330-GAYLES/SELTZER**

Stephen Dambra

    Plaintiff,

V.

Specialized Loan Servicing, LLC; and DOES 1-10, inclusive,

    Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, SPECIALIZED LOAN SERVICING, LLC, ("Defendant") by and through the undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a settlement in principle with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. The parties expect to file the appropriate dismissal documents within thirty (30) days.

Dated: November 3, 2017.

          Respectfully Submitted,

          McGLINCHEY STAFFORD

          */s/Joseph A. Apatov*
          Joseph A. Apatov, Esq.
          Florida Bar #93546
          McGlinchey Stafford
          One East Broward Blvd Ste 1400
          Ft Lauderdale, FL 33301
          (954) 356-2516 (telephone)
          (954) 252-3808 (facsimile)
          japatov@mcglinchey.com
          jruiz@mcglinchey.com

1188942.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically through the CM/ECF system on this 3rd day of November, 2017 on all counsel of records listed below:

By: /s/ *Joseph A. Apatov*
Joseph A. Apatov

## SERVICE LIST

Jenny DeFrancisco, Esq.
Lemberg Law LLC
43 Danbury Road
Wilton, CT 06897
Tel: (203) 653-2250
Fax: (203) 653-3424
jdefrancisco@lemberglaw.com
*Attorney for Plaintiff*

Joseph A. Apatov, Esq.
McGLINCHEY STAFFORD, PLLC
1 East Broward Blvd Suite 1400
Fort Lauderdale, FL 33301
Telephone: (954) 356-2516
Facsimile: (954) 252-3808
japatov@mcglinchey.com
*Attorneys for Defendant*

J. Andrew Meyer, Esq.
J. ANDREW MEYER, P.A.
15565 Gulf Boulevard
Redington Beach, Florida 33708
Telephone: 727-709-7668
andrew@jandrewmeyer.com
*Attorney for Plaintiff*

1188942.1