UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: 0:17-cv-60330-GAYLES/SELTZER

_____
:
Stephen Dambra,                                            :
                                                                          :
                         Plaintiff,                              :
         v.                                                            :
                                                                          :
Specialized Loan Servicing, LLC; and DOES   :
1-10 inclusive,                                                :
                                                                          :
                         Defendant.                           :
                                                                          :
_____ :

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to dismiss the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Specialized Loan Servicing, LLC; and DOES 1-10 inclusive, with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Stephen Dambra | Specialized Loan Servicing, LLC |
|---|---|
| ___/s/ Jenny DeFrancisco_ | _/s/ Joseph A. Apatov_ |
| Jenny DeFrancisco, Esq. | Joseph A. Apatov, Esq. |
| Lemberg Law, LLC | McGlinchey Stafford |
| 43 Danbury Road | One East Broward Blvd Ste. 1400 |
| Wilton, CT 06897 | Ft Lauderdale, FL 33301 |
| Telephone: (203) 653-2250 | Telephone: (954) 356-2516 |
| Facsimile: (203) 653-3424 | Facsimile: (954) 252-3808 |
| Email: jdefrancisco@lemberglaw.com | Email: japatov@mcglinchey.com |
| Attorney for Plaintiff | Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2018, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Southern District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By */s/ Joseph A. Apatov*____
Joseph A. Apatov, Esq.